# United States District Court
## Violation Notice

VS-50

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6466931 | J.M. Ellison | 3236 |

6466931

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 08/31/2019 2200 | 38-1.218(b)(16) |

Place of Offense: 200 Veterans Ave Beckley, WV 25801

Offense Description: Factual Basis for Charge — HAZMAT ☐

Entering Premises under the influence of alcoholic Beverages.

### DEFENDANT INFORMATION

Last Name: Presgraves
First Name: Nicole
M.I.: D.

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 45B970 | WV | 13 | Ford Fusion | | Gray |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 110 North Heber St, Beckley, WV 25801  253-7481
Date: 10/16/2019
Time: 1000

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *Nicole Presgraves*

(Rev. 09/2015) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 31, 2019 while exercising my duties as a law enforcement officer in the Southern District of WV

I, VA Police Officer Joseph Ellison was on duty within the VAMC Beckley located at 200 Veterans Avenue Beckley, Raleigh County, West Virginia. At approximately 2130 hours I was dispatched to the ER in reference to intoxicated subjects. I made contact with Kenton Stover, Nicole Presgraves, and Ms. Presgraves nine-year-old son. I immediately smelled the odor of an alcoholic beverage emitting from their persons. Upon questioning both subjects they admitted to drinking alcohol. I conducted sobriety test with Ms. Presgraves who shown Nystagmus in both eyes. During the walk and turn and one-leg stand tests, she passed. Her preliminary breath test shown results of .09 utilizing the Alco-Sensor FST, serial number: 044149. Ms. Presgraves did not have slurred speech but Mr. Stover did. Both Subjects had glassy, bloodshot eyes and when standing in front of them I could smell the odor of an alcoholic beverage stronger. Mr. Stover shown me the vehicle they were in and when I looked through the window I saw a red cooler. Mr. Stover admitted to having ice cold Bud Light inside.

The foregoing statement is based upon:
☑ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8-31-2019  *Signature*
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident